# EXHIBIT NO. 1

True Test Copy of District Court Conviction

# DISTRICT COURT OF MARYLAND FOR SAINT MARYS COUNTY
## CASE SUMMARY
### CASE NO. 00000002X0Q1G

| | | |
|---|---|---|
| The State of Maryland vs STUTZMAN, ARTHUR B | | Location: **Saint Marys** <br> Filed on: **01/08/2016** |

---

### CASE INFORMATION

| Offense | Citation | Statute | DegDate | Case Type: | Citation - Traffic |
|---|---|---|---|---|---|
| Jurisdiction: **St. Mary's County** <br> 1. ATTEMPT BY DRIVER TO ELUDE POLICE IN OFFICIAL POLICE VEHICLE BY FAILING TO STOP <br> ACN: 00000002X0Q1G | 00000002X0Q1G | TA.21.904.C1 | T  01/08/2016 | Case Status: | 09/09/2016  Closed |
| Arrest: | MSP-9082 - MSP-BARRACK T (LEONARDTOWN) | | | | |

**Related Cases**
00000002M0Q1G  (Same Incident)
00000002N0Q1G  (Same Incident)
00000002P0Q1G  (Same Incident)
00000002Q0Q1G  (Same Incident)
00000002R0Q1G  (Same Incident)
00000002S0Q1G  (Same Incident)
00000002T0Q1G  (Same Incident)
00000002V0Q1G  (Same Incident)
00000002W0Q1G  (Same Incident)



True Test Copy
*[signature]*
Administrative Clerk
By: TC    Date: 2-14-18

---

### CASE ASSIGNMENT

| DATE | |
|---|---|
| | **Current Case Assignment** <br> Case Number    00000002X0Q1G <br> Court          Saint Marys <br> Date Assigned  01/08/2016 |

---

### PARTY INFORMATION

| | |
|---|---|
| **Plaintiff** | State of Maryland |
| **Defendant** | STUTZMAN, ARTHUR B |
| **Officer - Arresting/Complainant** | MANNING, TPR |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 01/08/2016 | Initial Appearance <br> *INIT; 4K3; 010816;00000000.00;ROR ;100; ;4085* | |
| 03/29/2016 | POSTPONEMENT OF TRIAL <br> *PPTR; 4DW; 033016;0900A;01;012616;B; PER JUDGE ;O* | |
| 05/20/2016 | TRIAL KEYPOINT <br> *KEYP; 4RR; TRIAL KEYPOINT 09:28:30 REEL 999999* | |
| 05/20/2016 | Status Change <br> *SCHG; 4RR; T453;A TO F* | |
| 05/20/2016 | **Disposition** (Judicial Officer: Chesser, Karen Christy Holt) <br> *JUDGE_ID : 9Y2 ; DISPOSITION : PBJ* | |

# DISTRICT COURT OF MARYLAND FOR SAINT MARY'S COUNTY
## CASE SUMMARY
### CASE NO. 00000002X0Q1G

|  |  |
|---|---|
|  | 1. ATTEMPT BY DRIVER TO ELUDE POLICE IN OFFICIAL POLICE VEHICLE BY FAILING TO STOP<br>    Probation Before Judgment<br>      TN: : |
| 05/20/2016 | **Plea** (Judicial Officer: Chesser, Karen Christy Holt)<br>    PLEA : NG<br>    1. ATTEMPT BY DRIVER TO ELUDE POLICE IN OFFICIAL POLICE VEHICLE BY FAILING TO STOP<br>      Not Guilty<br>      TN: : |
| 05/20/2016 | **Sentence** (Judicial Officer: Chesser, Karen Christy Holt)<br>    1. ATTEMPT BY DRIVER TO ELUDE POLICE IN OFFICIAL POLICE VEHICLE BY FAILING TO STOP<br>      Converted Sentence<br>      Converted Disposition:<br>        CONFINEMENT_YRS: 00<br>        ; CONFINEMENT_MOS: 06<br>        ; CONFINEMENT_DAYS: 000<br>        ; SUSP_YRS: 00<br>        ; SUSP_MOS: 06<br>        ; SUSP_DAYS: 000<br>        ; PROB_END_DATE: 05/20/2018<br>        ; FINE: 500.00<br>        ; COST: 22.50<br>        ; CICF_COST: 35.00<br>        ; SUSP_FINE: 0.00<br>        ; SUSP_COST: 0.00<br>        ; SUSP_CICF_COST: 0.00<br>      Condition - Adult:<br>        1. Other, OBEY ALL LAWS., 05/20/2016, Active 05/20/2016<br>        2. Other, SUBMIT TO ALCOHOL/SUBSTANCE ABUSE, 05/20/2016, Active 05/20/2016<br>        3. Other, PROGRAM AND COMPLETE ANY REC., 05/20/2016, Active 05/20/2016<br>        4. Other, PROGRAMS WITHIN 180 DAYS; COMPLETE, 05/20/2016, Active 05/20/2016<br>        5. Other, DRIVER IMPROVEMENT PROGRAM WITHIN, 05/20/2016, Active 05/20/2016<br>        6. Other, 180 DAYS, 05/20/2016, Active 05/20/2016<br>        7. Attend MVA Driver Improvement Program, 05/20/2016, Active 05/20/2016 |
| 06/24/2016 | Status Change<br>    SCHG; W201;F TO D |
| 07/15/2016 | Suspension - Failure to Pay<br>    SUSP; FAILURE TO PAY SUSPENSION |
| 09/09/2016 | Suspension - Recall<br>    SUSR; FAILURE TO PAY SUSPENSION RECALL EFFECTIVE 090916 |
| 09/09/2016 | Status Change<br>    SCHG; D226;D TO T |
| 02/09/2018 | Transcript or Audio Recording Requested<br>    (465200) |

*True Test Copy* — Administrative Clerk — By: TC  Date: 2-16-18

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
|  | **Defendant** STUTZMAN, ARTHUR B<br>Total Charges | 557.50 |

# DISTRICT COURT OF MARYLAND FOR SAINT MARY'S COUNTY
## CASE SUMMARY
### CASE NO. 00000002X0Q1G

| | |
|---|---|
| Total Payments and Credits | 557.50 |
| **Balance Due as of 02/16/2018** | 0.00 |



True Test Copy
Administrative Clerk
By: TC  Date: 2-16-18