## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ARTHUR STUTZMAN** | |
| Plaintiff | Case No.: |
| v. | **17-cv-03841-GLS** |
| **EVAN KRENIK** | |
| Defendant | |

## POST-DISCOVERY JOINT STATUS REPORT

The parties, by and through their attorneys, pursuant to the Scheduling Order, file this status report.

**1.      Whether discovery has been completed.**

Discovery has been completed other than supplements/updates and the deposition of Plaintiff's expert, Dr. Baynes, who was scheduled for June 27, 2019 but needed to reschedule. Not all of the transcripts from the depositions have been received. The parties do not believe the proceedings and deadlines need to be extended except for allowing Dr. Baynes' deposition to occur beyond the discovery deadline.

**2.      Whether any motions are pending.**

No motions are pending.

**3.      Whether any party intends to file a dispositive pretrial motion.**

Defendants are currently reviewing discovery materials and believe it is likely they will file a dispositive motion.  Defendants will file a Notice of Intent to File Pretrial Dispositive Motion within the time specified in the Court's Amended Scheduling Order.

**4.      Whether the case is to be a jury trial or a non-jury trial and the anticipated length of trial.**

This is a jury trial expected to take four (4) days.

**5.      A certification that the parties have met to conduct serious settlement negotiations, to include the date, time, and place of all settlement meetings and the names of all persons participating.**

Plaintiff made a written settlement demand on April 9, 2019, to which the Defendant responded without a counter-offer. The Defendant conducted an Independent Medical Examination of the Plaintiff on April 25, 2019, and deposed the Plaintiff on June 5, 2019. The attorneys for the parties further discussed settlement on June 5, 2019; the attorneys for the parties participated.

As of this writing the Defendant has not made a counter-offer.

**6.      Whether the parties would agree to have the case referred to a Magistrate Judge for a mediation session, either before or after the resolution of any dispositive pretrial motion.**

The parties do not agree at this time for the case to be referred to a Magistrate Judge for a mediation session.

**7.      Whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a United States Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment.**

The parties previously consented; an *Order of Reference to United States Magistrate Judge* was issued November 12, 2018 (ECF 32).

**8.      Any other matter that the parties believe should be brought to the Court's attention.**

None.

Respectfully submitted,

Attorney for Plaintiff:           /s/Sean R. Day/s/
                                  Sean R. Day (Bar No. 12831)
                                  7474 Greenway Ctr Dr Ste 150
                                  Greenbelt, MD 20770-3524
                                  301.220.2270
                                  301.220.2441 fax
                                  Sean@DayInCourt.Net


Attorneys for Defendants:         BRIAN E. FROSH
                                  Attorney General of Maryland

                                  /s/ _____
                                  PHILLIP M. PICKUS (Bar No. 22814)
                                  (410) 653-4293 (telephone)
                                  Phillip.Pickus@maryland.gov


                                  /s/_____
                                  EPHRAIM R. SIFF (Bar No. 20761)
                                  (410) 653-4437 (telephone)
                                  Ephraim.Siff@maryland.gov

                                  Assistant Attorneys General
                                  1201 Reisterstown Road
                                  Pikesville MD 21208
                                  (410) 653-4270 (facsimile)