IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ARTHUR STUTZMAN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 17-GLS-3841 |
| EVAN KRENIK, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO STAY ALL PENDING DEADLINES

The Parties jointly move the Court to stay all pending deadlines in this matter until January 6, 2020. The Parties are very close to an agreement in principle on monetary and other settlement provisions that would resolve this case and a companion case, *Arthur Stutzman vs. State of Maryland*, Case No. C-18-CV-18-000532, now pending in the Circuit Court for St. Mary's County. The Parties are currently working to finalize the terms of the settlement and memorialize the agreement in writing. A stay of all deadlines would best serve the interests of judicial economy.

Therefore, the Parties respectfully move the Court to stay all pending deadlines in this matter until January 6, 2020.

Respectfully submitted,

For the Defendant:   BRIAN E. FROSH
Attorney General of Maryland

_____/s/_____
PHILLIP M. PICKUS
(Bar No. 22814)

                    EPHRAIM R. SIFF
                    (Bar No. 20761)
                    Assistant Attorneys General
                    1201 Reisterstown Road
                    Pikesville, Maryland 21208
                    (410) 653-4437 (telephone)
                    (410) 653-4270 (facsimile)
                    ephraim.siff@maryland.gov

For the Plaintiff:                          /s/
                    Sean R. Day
                    (Bar No. 12831)
                    7474 Greenway Ctr. Dr., Ste. 150
                    Greenbelt, MD 20770-3524
                    (301) 220-2270 (telephone)
                    (301) 220-2441 (facsimile)
                    Sean@DayInCourt.Net